UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE: **FRANCES BLACK**                              Case No. **18-50421**

Soc. Sec. # **XXX-XX-7123**                           Chapter 13

## AFFIDAVIT BY DEBTOR(S) REQUESTING CONFIRMATION OF PLAN

1. The undersigned affirm(s) that the statements below are true as of the date hereof and certifies that they will be true as of the date of the confirmation of my/our chapter 13 plan and may be relied upon by the court unless notice in writing to the contrary is given to the trustee and the court and or prior to such time.

2. I/We have made all payments to secured creditors, personal property lessors and taxing authorities which have come due since the date on which this case was filed and which I/we were required to make directly to such creditor, lessor or taxing authority. I/we understand that such payments include all mortgage payments, car payments or other secured debts being paid directly, personal property leases, real estate taxes, personal property taxes, federal income taxes, and state income taxes which have come due since this case was filed.

3. Select either A. or B.:

    _____    A.    Since the filing of this bankruptcy case, I/we have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation [as that term is defined in 11 U.S.C. section 101(14A)].

    _____    B.    I/We have paid all amounts that first became due and payable after the filing of this bankruptcy case which I/we were required to pay under a domestic support obligation [as that term is defined in 11 U.S.C. section 101(14A)] required by a judicial or administrative order or by statute.

4. I/we have filed all Federal, State, and local tax returns required by law to be filed for all taxable periods ending during the four year period ending on the date of the filing of this bankruptcy case

**By signing this affidavit requesting confirmation of chapter 13 plan, I/we acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each of these statements in determining whether to confirm my/our Chapter 13 Plan. I/We understand that the Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.**

Signed: _____
Debtor

Subscribed and sworn to before me, a Notary Public, by the debtors named in this affidavit this 17th day of July, 2018.

/s/
Notary Public

My commission expires: 3·31·2022

[Notary Seal: WILLIAM THURSTON HARVILLE, COMMONWEALTH OF VIRGINIA, NOTARY PUBLIC, REG. NO. 241750, EXPIRES 03-31-2022]